CAROLINE D. CIRAOLO
Acting Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California
*Of Counsel*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADELE WOODS BOSTER, in her individual capacity, and ADELE WOODS BOSTER, as Personal Representative of the Estate of Robert William Boster, <br><br> Defendants. | Case No. 2:15-CV-02414-TLN-CMK <br><br> **JUDGMENT ON THE UNITED STATES' FIRST CLAIM FOR RELIEF** |

Pursuant to the stipulation between Plaintiff, the United States of America, and Defendant, Adele Woods Boster, individually and as Personal Representative of the Estate of Robert William Boster, JUDGMENT is hereby entered on the first claim for relief stated in the Complaint as follows:

Proposed Judgment on First Claim for Relief      1

1. Judgment is entered against Adele Woods Boster, individually and as the Personal Representative of the Estate of Robert William Boster, and for the United States in the amount of $122, 878.33 for unpaid employment and unemployment tax liabilities, as of March 21, 2016, plus statutory interest and other statutory additions as provided by law, which continue to accrue until the liabilities are paid in full, pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622.

2. The United States has valid statutory liens for the unpaid federal employment and unemployment taxes that arose pursuant to 26 U.S.C. §§ 6321 and 6322, which attached to all property and rights to property belonging to either Adele Woods Boster or the Estate of Robert William Boster, including, but not limited to, the two parcels of real property and the mobile home located on one of the parcels identified in paragraphs 8 through 10 of the Complaint filed in this civil action.

IT IS SO ORDERED.

Dated: June 6, 2016

_____
Troy L. Nunley
United States District Judge

Proposed Judgment on First Claim for Relief     2