CAROLINE D. CIRAOLO
Acting Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California
*Of Counsel*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADELE WOODS BOSTER, in her individual capacity, and ADELE WOODS BOSTER, as Personal Representative of the Estate of Robert William Boster,<br><br>    Defendants. | Case No. 2:15-CV-02414-TLN-CMK<br><br>**ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE REGARDING THE UNITED STATES' SECOND CLAIM FOR RELIEF** |

On June 3, 2016, the parties jointly submitted a Stipulation of Dismissal Without Prejudice Regarding the United States' Second Claim for Relief to the Court.

//

//

/

Proposed Order on Second Claim for Relief       1

Accordingly, the United States' Second Claim for Relief is dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties will bear their own respective costs and expenses, including any attorneys' fees.

IT IS SO ORDERED.

Dated: June 6, 2016

Troy L. Nunley
United States District Judge